**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

WILLIAM O'BRIEN AND DIANE O'BRIEN,   :   No. 845 MAL 2016
HIS WIFE, AND CHARLES CATANIA,   :
JR.,   :
  :   Petition for Allowance of Appeal from
                Petitioners   :   the Order of the Superior Court
  :
  :
          v.   :
  :
  :
OHIO CASUALTY INSURANCE   :
COMPANY,   :
  :
            Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2017, the Petition for Allowance of Appeal and the Application for Leave to File Reply are **DENIED**.